STATE of Missouri, Respondent,

v.

Charles L. DICKERSON, Appellant.

No. WD 39623.

Missouri Court of Appeals, Western District.

Aug. 28, 1990.

William J. Swift, St. Charles, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and
SHANGLER and GAITAN, JJ.

## ORDER

PER CURIAM.

Appellant, Charles Dickerson, appeals a jury conviction of deviate sexual assault in the first degree in violation of Mo.Rev.Stat. § 566.070 (1986) and sentence of seven years imprisonment. Additionally, the appellant appeals the motion court's denial of his Rule 29.15 *pro se* and amended motions. Pursuant to this Court's order on January 24, 1990, the two appeals have herein been consolidated pursuant to Rule 29.15(*l*).

Affirmed. Rules 30.25(b) and 84.16(b).